**United States Department of Justice**

*United States Attorney*
*Northern District of California*

---

*W.S. WILSON LEUNG*
*Assistant United States Attorney*
*Organized Crime Strike Force*

*Telephone: (415) 436-6758*
*Facsimile: (415) 436-6753*
*E-Mail:    wilson.leung@usdoj.gov*

*Phillip Burton Federal Building*
*450 Golden Gate Avenue, 9th Floor*
*San Francisco, California 94102-3495*

April 2, 2009

**By Hand Delivery**

The Honorable Bernard Zimmerman
United States Magistrate Judge
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, California 94102

> Re:    **United States v. Troy Conte**
>        **3-09-70280-EMC(BC)**

Dear Judge Zimmerman:

The above-captioned defendant was arrested on March 20, 2009 and his preliminary hearing was scheduled for tomorrow, April 3, 2009, because he was initially detained. However, because the defendant was released on bail yesterday, under Fed. R. Crim. P. 5.1(c), the time for the defendant's preliminary hearing has been extended to 20 days, i.e., April 9, 2009. Accordingly, the Government, with the consent of the defendant's counsel, Ron Tyler, Esq., respectfully requests that the preliminary hearing for the defendant presently scheduled for April 3, 2009 be re-scheduled for April 8, 2009, subject, of course, to the Court's availability.

Very truly yours,

JOSEPH P. RUSSONIELLO
United States Attorney

W.S. Wilson Leung
Assistant United States Attorney

cc:    Ron Tyler, Esq. (by facsimile)

Dated: 4/3/2009

SO ORDERED:

HON. BERNARD ZIMMERMAN
United States Magistrate Judge