IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 09-00356 JSW |
|---|---|
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE REQUEST FOR EXTENSION OF TIME AND SETTING MATTER ON CALENDAR** |
| v. | |
| TROY CONTE, | |
| Defendant. | |

The Court has received the Application for a Six Day of Extension of Time filed by the Government, in which the Government seeks an additional six days to respond to Defendant's Motion for Return of Property. The Court has considered the application and AUSA Leung's declaration in support thereof. The Court concludes that a response from the Defendant is not necessary.

The Government's application was filed a day after its opposition brief was due, and at this time the Court concludes that the application does not demonstrate good cause for an extension. Accordingly, the Court DENIES the request, although this ruling is without prejudice. It is HEREBY ORDERED that the parties shall appear before this Court on Thursday, February 11, 2010 at 2:30 p.m. to address the issue of the late filing. The Court FURTHER ORDERS that the Chief of the Criminal Division of the Office of the United States Attorney shall also be present at this hearing.

The Court FURTHER ORDERS the Government to be prepared to explain further why it missed the Court's deadline and the steps the Office of the United States Attorney intends to take to prevent such an occurrence in the future.

**IT IS SO ORDERED.**

Dated: February 4, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE