UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00356 JSW |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] FINAL ORDER OF FORFEITURE |
| TROY CONTE, | ) | |
| Defendant. | ) | |

On February 11, 2011, the Court entered a Preliminary Order of Forfeiture forfeiting the following to the United States:

a. $10,275.00 in United States currency seized from 4454 Hargrave Avenue, Santa Rosa, California, on or about March 20, 2009;

b. Sixteen 101 Casino chips valued at $100 per chip seized from 4454 Hargrave Avenue, Santa Rosa, California, on or about March 20, 2009;

c. Five 101 Casino chips valued at $20 per chip seized from 4454 Hargrave Avenue, Santa Rosa, California, on or about March 20, 2009; and

d. a money judgment in the amount of $6,200 in lieu of the property known as 4454 Hargrave Ave., and property known an described as 747 Mill Street, Santa Rosa, California

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

///

1   THEREFORE, it is ordered that the above-described property shall be forfeited to the
2   United States, pursuant to Title 21, United States Code, Section 853(a).  All right, title, and
3   interest in said property is vested in the United States of America.
4   The appropriate federal agency shall dispose of the forfeited property according to law.
5
6   Dated:   May 23, 2011
7   JEFFREY S. WHITE
    United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 09-00356 JSW

2